2014–0823. **State ex rel. Taylor v. Judge Presiding over Montgomery Cty. Court of Common Pleas Case Nos. 2004 CR 2771 and 2004 CR 1799.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

2014–0838. **In re Waters v. Bruewer.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

2014–0052. **State ex rel. Scripps Media, Inc. v. Hunter.**
Hamilton App. No. C–130241. Sua sponte, cause dismissed as moot.

LANZINGER, J., dissents and would issue an order to show cause.

2014–0804. **Corban v. Chesapeake Exploration, L.L.C.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Eastern Division, No. 2:13–CV–246. On review of preliminary memoranda pursuant to S.Ct.Prac.R. 9.05. The court will answer the following questions:

(1) Does the 2006 version or the 1989 version of the ODMA apply to claims asserted after 2006 alleging that the rights to oil, gas, and other minerals automatically vested in the surface land holder prior to the 2006 amendments as a result of abandonment?

(2) Is the payment of a delay rental during the primary term of an oil and gas lease a title transaction and "savings event" under the ODMA?

LANZINGER and KENNEDY, JJ., concur but would hold consideration of the second question for the decision in 2014–0067, *Chesapeake Exploration, L.L.C. v. Buell*, Certified Question of State Law, United States District Court, Southern District of Ohio, Eastern Division, No. 2:12–CV–916.

O'DONNELL, J., dissents.